**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANELLE WRIGHT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  21-4414** |
| | : | |
| **NORTHEAST TREATMENT** | : | |
| **CENTERS, INC.,** *et al.* | : | |

## <u>ORDER</u>

     **AND NOW**, this 6th day of April 2022, it having been reported the above captioned matter

is settled, it is **ORDERED**:

     1.       This action is **DISMISSED with prejudice** under Local Rule of Civil Procedure

41.1(b);[1] and,

     2.       The Clerk of Court shall mark this matter **CLOSED**.

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

    [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).